JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 723 -- In re The Goodyear Tire & Rubber Company Restructuring Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 87/01/23 | 1 | MOTION, BRIEF, SCHEDULE -- (A-1 thru A-6) Defts. The Goodyear Tire & Rubber Company and the Goodyear Directors -- SUGGESTED TRANSFEREE DISTRICT: N.D. OHIO; SUGGESTED TRANSFEREE JDUGE: ? -- w/cert. of svc. (rh) |
| 87/02/02 | | APPEARANCES: MARK D. LEBOW, ESQ. for pltfs. Smith Barney, Harris Upham & Co., Inc. and GVM Partners; ROBERT M. KORNREICH, ESQ. for pltf. Isadore Blau; FREDERIC F. BRACE, JR., ESQ. for Robert Cottle; DAVID J. BERSHAD, ESQ. for Metropolitan Securities v. Goodyear Tire & Rubber Co., et al.; STANLEY M. GROSSMAN, ESQ. for Minnie Winkler; RAYMOND L. FALLS, JR., ESQ. for The Goodyear Tire & Rubber Co., et al. (tmq) |
| 87/02/03 | | APPEARANCE: DENNIS J. BLOCK, ESQ. for General Oriental (Delaware I) Corp. and General Oriental (Delaware I) Limited Partnership, General Oriental Investments Limited, General Oriental Holdings Limited, General Oriental Limited, General Oriental (Bermuda I) Limited Partnership and James M. Goldsmith. (tmq) |
| 87/02/04 | 2 | REQUEST FOR EXTENSION OF TIME -- Pltf. Blau Granted to and including 2/17/87. (tmq) |
| 87/02/06 | 3 | REQUEST FOR EXTENSION OF TIME -- Pltf. in Metropolitan Securities v. Goodyear Tire & Rubber Co., et al., Granted to and including 2/17/87. (tmq) |
| 87/02/09 | 4 | REQUEST FOR EXTENSION OF TIME -- Pltf. Minnie Winkler Granted to ALL to and including 2/17/87. (tmq) |
| 87/02/09 | 5 | RESPONSE (to pldge. #1) -- Pltfs. Smith Barney, Harris Upham & Co., Inc. & GVM Partners -- w/cert. of svc. (tmq) |
| 87/02/17 | 6 | RESPONSE (to pldge. #1) -- Pltf. "Metropolitan" -- w/cert. of svc. (tmq) |
| 87/02/17 | 7 | RESPONSE (to pldg. #1) -- Pltf. Blau -- w/cert. of svc. (tmq) |
| 87/02/19 | 8 | REQUEST FOR EXTENSION OF TIME -- Defts. Goodyear Tire & Rubber Co., et al., GRANTED to and including March 3, 1987 for reply. (tmq) |
| 87/02/19 | | HEARING ORDER -- Setting motion to transfer for Panel Hearing on March 26, 1987 in San Diego, California (cds) |

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 723 -- In re The Goodyear Tire & Rubber Company Restructuring Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 87/02/26 | 9 | RESPONSE (to pldg. #1) -- DENNIS J. BLOCK, ESQ. for General Oriental (Delaware I) Corp. and General Oriental (Delaware I) Limited Partnership, General Oriental Investments Limited, General Oriental Holdings Limited, General Oriental Limited, General Oriental (Bermuda I) Limited Partnership and James M. Goldsmith -- w/cert. of svc. (tmq) |
| 87/03/02 | 10 | RESPONSE/MEMORANDUM (to pldg. #1) -- pltf. Minnie Winkler -- w/Exhibits A-D and cert. of service (cds) |
| 87/03/03 | 11 | REPLY -- defts. The Goodyear Tire & Rubber Co. and the Goodyear Directors -- w/Exhibits 1-3 and cert. of service (cds) |
| 87/03/11 | 12 | NOTICE OF RELATED ACTION -- C.R.A. Realty Corp. v. Goodyear Tire & Rubber Co., S.D. New York, #87-1210 -- defts. General Oriental (Bermuda I) Limited Partnership, General Oriental (Delaware I) Limited Partnership, General Oriental (Delaware I) Corp., General Oriental Limited, General Oriental Holdings Limited, General Oriental Investments Ltd. and James M. Goldsmith -- w/cert. of service (cds) |
| 87/03/23 | 13 | NOTICE OF RELATED ACTIONS -- counsel for The Goodyear Tire & Rubber Co. -- w/service (cds) |
| 87/03/24 | | HEARING APPEARANCES: (3/26/87) -- RAYMOND L. FALLS, JR., ESQ. for The Goodyear Tire & Rubber Co., et al.; DENNIS J. BLOCK, ESQ. for James M. Goldsmith, et al.; ROBERT M. KORNREICH, ESQ. for Isadore Blau; SHAHEEN RUSHD, ESQ. for Minnie Walker; MARK D. LEBOW, ESQ. for Smith Barney, et al.; FREDERIC F. BRACE, JR., ESQ. for Robert Cottle; KEITH F. PARK, ESQ. for Metroplitan Securities. (tmq) |
| 87/06/17 | | CONSENT OF TRANSFEREE DISTRICT -- for transfer of actions to the Northern District of Ohio for assignment to Judge Sam H. Bell. (paa) |
| 87/06/17 | | TRANSFER ORDER -- Transferring A-2 to the Northern District of Ohio for assignment to the Honorable Sam H. Bell for pretrial proceedings -- A-1 and A-3 Denied -- NOTIFIED INVOLVED CLERKS, JUDGES, COUNSEL & MISC. RECIPIENTS (paa) |

B3

723 In re The Goodyear Tire & Rubber Company Restructuring Litigation

| | | |
|---|---|---|
| 87/06/26 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-7 Alan Kovacs v. Robert E. Mercer, et al., S.D. New York, C.A. No. 87-CV-0994 and B-8 C.R.A. Realty Corp. v. The Goodyear Tire & Rubber Co., et al., S.D. New York, C.A. No. 87-Civ-1210 -- Notified involved counsel and judges (rh) |
| 87/07/13 | 14 | NOTICE OF OPPOSITION -- Filed by plaintiff C.R.A. Realty Corporation in B-8 -- w/cert. of svc. (tmq) |
| 87/07/14 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-7 Alan Kovacs v. Robert E. Mercer, et al., S.D. New York, C.A. No. 87-CV-0994 -- Notified involved judges and clerks (cds) |
| 87/07/20 | 15 | REQUEST FOR EXTENSION OF TIME FOR FILING MOTION & BRIEF (re pldg. #14 ) -- C.R.A. Realty Corporation -- GRANTED TO & INCLUDING AUGUST 7, 1987 -- Notified involved counsel (cds) |
| 87/07/30 | | HEARING ORDER -- setting opposition of plaintiff (B-8) C.R.A. Realty Corporation v. The Goodyear Tire & Rubber Company, et al., S.D. New York, C.A. No. 87-Civ-1210 for hearing on September 16, 1987, in Philadelphia, Pa. -- Notified counsel, clerks and involved judges rew |
| 87/08/07 | 16 | MOTION, BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Filed by pltf. in B-8 C.R.A. Realty Corp. v. The Goodyear Tire & Rubber Co., et al., S.D. New York, C.A. No. 87-Civ-1210 -- w/cert. of svc. (rh) |
| 87/08/21 | 17 | RESPONSE/MEMORANDUM -- (to pldg. #16) The Goodyear Tire & Rubber Company -- w/svc. of cert. (rh) |
| 87/08/24 | 18 | RESPONSE -- (to pldg. #16) General Oriental (Bermuda I) Limited Partnership, General Oriental (Delaware I) Limited Partnership, General Oriental Investments Limited, General Oriental Holdings Limited, General Oriental Limited, General Oriental (Delaware I) Corp., James M. Goldsmith, Interscope Securities II, Inc., Interscope Securities III, Inc., Interscope Securities IV, Inc., Cavenham Holdings, Inc. and G.O. Partners "A" Limited -- w/cert. of svc. (rh) |
| 87/09/16 | | HEARING APPEARANCES: LAWRENCE N. WEISS, ESQ. FOR C.R.A. Realty Corp.; H. ADAM PRUSSIN, ESQ. for JAMES M. GOLDSMITH defts.; MARSHALL COX, ESQ. for Goodyear Tire & Rubber Co. (cds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 723 -- In re The Goodyear Tire & Rubber Company Restructuring Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 87/09/30 | | CONDITIONAL PARTIAL REMAND ORDER -- A-2 Isadore Blau v. Robert E. Mercer, et al., N.D. Ohio, C.A. No. 87-1547A (S.D. New York, C.A. No. 86-CIV-9239) -- Notified involved counsel and judge. (tmq) |
| 87/10/16 | | CONDITIONAL REMAND ORDER FINAL TODAY -- A-2 Isadore Blau v. Ro9bert E. Mercer, et al., N.D. Ohio, C.A. No. 87-1547A (S.D. New York, C.A. No. 86-CIV-9238) -- Notified involved judge and clerks. (tmq) |
| 87/10/21 | | ORDER VACATING CONDITIONAL TRANSFER ORDER -- (B-8) C.R.A. Realty Corp. v. The Goodyear Tire & Rubber Co., et al., S.D. New York, C.A. No. 87-Civ-1210 -- notified involved judges, transferor clerk and counsel (cds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 723 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re The Goodyear Tire & Rubber Company Restructuring Litigation

SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| May 21, 1987 | June 17, 1987 | TO | Unpublished | N.D. Ohio | Hon. Sam H. Bell | |

Special Transferee Information

DATE CLOSED: 3/22/88

JPML FORM 1

# LISTING OF INVOLVED ACTIONS

DOCKET NO. 723 -- In re The Goodyear Tire & Rubber Company Restructuring Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Smith Barney, Harris Upham & Co., Inc., et al. v. The Goodyear Tire & Rubber Co., et al. | N.Y.,S. Broderick | 86-CIV-9357 Vacated | | | | A-1 4 A-3 Denied 10/16/87 |
| A-2 | Issadore Blau v. Robert E. Mercer, et al. 9/30/87 | N.Y.,S. Duffy | 86-CIV-9239 | 6-17-87 | 87-1547A | 3/28/88 ~~10/16/87~~ | Count II Remanded N.Y.S. |
| A-3 | Metropolitan Securities v. Goodyear Tire & Rubber Co., et al. | N.Y.,S. Broderick | 86-CIV-9840 Vacated | | | | |
| A-4 | Robert Cottle, etc. v. Goodyear Tire & Rubber Co., et al. | Ohio,N. Bell | C86-4824A | | | 3/22/88 | |
| A-5 | Richard Alppleby, etc. v. Goodyear Tire & Rubber Co., et al. | Ohio,N. Bell | C86-5025A | | | 3/22/88 | |
| A-6 | Minnie Winkler v. Robert E. Mercer, et al. | Ohio,N. Bell | C86-5008A | | | 3/22/88 | |
| B-7 | Alan Kovacs v. Robert E. Mercer, et al. 6-26-87 | N.Y.,S. Broderick | 87-CV-0994 | 7/14/87 | 87-1864 | 3/22/88 | |
| B-8 | C.R.A. Realty Corporation v. The Goodyear Tire & Rubber Co., et al. opposed 7/13/87 6-26-87 | N.Y.,S. Lasker | 87-Civ-1210 | | VACATED | 10/21/87 | |

July 1988 - 1 TR/5 Dis/ Docket Closed

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 723 -- In re The Goodyear Tire & Rubber Company Restructuring Lit.

SMITH BARNEY, HARRIS UPHAM & CO., INC., ET AL. (A-1)
Mark D. Lebow, Esquire
Coudert Brothers
200 Park Avenue
New York, New York 10166

ISADORE BLAU (A-2)
Robert M. Kornreich, Esquire
Wolf, Popper, Ross, Rolf & Jones
845 Third Avenue
New York, New York 10022

METROPOLITAN SECURITIES (A-3)
David J. Bershad, Esquire
Milberg, Weiss, Bershad, Specthrie & Lerach
One Pennsylvania Plaza
Suite 4915
New York, New York 10119

ROBERT COTTLE (A-4)
Law Offices of
Frederic F. Brace Jr., Esquire
332 S. Michigan Avenue
Suite 1858
Chicago, Illinoia 60604

RICHARD ALPPLEBY, ETC. (A-5)
(No App. Rec'd)
Alan L. Melamed, Esquire
PDL Building, Suite 217
3659 Green Road
Cleveland, Ohio 44122

MINNIE WINKLER (A-6)
Stanley M. Grossman, Esquire
Pomerantz, Levy Haudek, Block & Grossman
295 Madison Avenue
New York, New York 10017

LLOYD B. SMITH
THE GOODYEAR TIRE & RUBBER CO.
ROBERT E. MERCER
TOM H. BARRETT
JAMES R. GLASS
F. VINCENT RUS
JACQUES R. SARDAS
Ib THOMSEN
EDWIN D. DODD
GERTRUDE G. MICHAELSON
STEVEN A. MINTER
ROBERT H. PLATT
WILLIAM C. TURNER
GALE L. GALLOWAY
Raymond L. Falls, Jr., Esquire
Cahill, Gordon & Reindel
80Pine Street
New York, New York 10005

JAMES M. GOLDSMITH
GENERAL ORIENTAL (BERMUDA I) LIMITED PARTNERSHIP; GENERAL ORIENTAL (DELAWARE I) LIMITED PARTNERSHIP; GENERAL ORIENTAL LIMITED; GENERAL ORIENTAL (DELAWARE I) CORP.; GENERAL ORIENTAL HOLDINGS LIMITED GENERAL ORIENTAL INVESTMENTS LIMITED

Dennis Block, Esquire
Weil, Gotshal & Manges
767 Fifth Avenue
New York, New York 10153

Unable to determine address or counsel for the following

H. Guyford Stever
Lloyd B. Smith
Charles J. Pilliod, Jr.
Romulo O'Farrill, Jr.

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ________

DOCKET NO. 723 -- IN RE THE GOODYEAR TIRE & RUBBER COMPANY RESTRUCTURING LITIGATION

ALAN KOVACS (B-7)
Stanley Grossman, Esquire

(SAME AS A-6)

C.R.A. REALTY CORPORATION (B-8)
David Lopez, Esquire
964 3rd Avenue
New York, New York 10022

opposed 7/13/87

JPML FORM 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 723 -- In re The Goodyear Tire & Rubber Company Restructuring Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| √The Goodyear Tire & Rubber Company | A-1, A-2, A-3, A-4, A-5, A-6, B-7, B-8, |
| Robert E. Mercer √ | A-1, A-2, A-3, A-4, A-5, A-6, B-7, |
| James M. Goldsmith √ | A-1, A-2, A-3, A-5, A-6, B-7, B-8, |
| General Oriental Investments Limited X | A-1, A-2, A-3, B-8, |
| General Oriental Holdings Limited X | A-1, A-2, A-3, B-8, |
| General Oriental Limited X | A-1, A-2, A-3, B-8, |
| General Oriental (Bermuda I) Limited Partnership X | A-1, A-2, A-3, B-8, |
| General Oriental (Delaware I) Corp. X | A-1, A-2, A-3, B-8, |
| General Oriental (Delaware I) Limited Partnership X | A-1, A-2, A-3, B-8, |
| Tom H. Barrett √ | A-2, A-4, A-5, A-6, B-7, |
| Romulo O'Farrill, Jr. | A-2, A-4, |


| | |
|---|---|
| James R. Glass ✓ | A-2, A-4, A-5, A-6, B-7, |
| Gertrude G. Michelson ✓ | A-2, A-4, |
| Charles J. Pilliod, Jr. | A-2, A-4, A-5 |
| Vincent Prus ✓ | A-2, A-4, A-5, A-6, B-7, |
| Lloyd B. Smith ✓ | A-2, A-4, A-5, A-6, B-7, |
| Ib Thomsen ✓ | A-2, A-4, A-5, B-7 |
| Edwin D. Dodd ✓ | A-2, A-4, A-5, A-6, B-7 |
| Gale L. Galloway ✓ | A-2, A-4, A-5, A-6, B-7, |
| Steven A. Minter ✓ | A-2, A-4, A-5, |
| Robert H. Platt ✓ | A-2, A-4, A-5, A-6, B-7, |
| Jacques R. Sardas ✓ | A-2, A-4, A-5, A-6, B-7, |

JPML FORM 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 723 -- In re The Goodyear Tire & Rubber Compay Restructuring Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| H. Guyford Stever | A-2, A-4, |
| William C. Turner | A-2, A-4, A-5, A-6, B-7, |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |